**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF INDIANA

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Buchta Leasing, LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **35-1461217** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **330 Cross Point Blvd.**<br>**Evansville, IN 47715**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Vanderburgh**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Buchta Leasing, LLC**
       Name

Case number (*if known*) _____

---

**7.    Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

Debtor   **Buchta Leasing, LLC**                                    Case number (*if known*) _____
_____
Name

**10.** **Are any bankruptcy cases**      ☐ No
**pending or being filed by a**      ■ Yes.
**business partner or an**
**affiliate of the debtor?**

List all cases. If more than 1,          Debtor   **See Attachment** _____   Relationship _____
attach a separate list
                                         District _____  When _____   Case number, if known _____

**11.** **Why is the case filed in**      *Check all that apply:*
***this district?***
                    ■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                        preceding the date of this petition or for a longer part of such 180 days than in any other district.

                    ☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or**       ■ No
**have possession of any**       ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**real property or personal**
**property that needs**
**immediate attention?**            **Why does the property need immediate attention?** (*Check all that apply.*)

                    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                        What is the hazard? _____

                    ☐ It needs to be physically secured or protected from the weather.

                    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                        livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
                    ☐ Other

                    **Where is the property?** _____
                                             Number, Street, City, State & ZIP Code

                    **Is the property insured?**
                    ☐ No
                    ☐ Yes.   Insurance agency _____
                             Contact name _____
                             Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of** .      *Check one:*
**available funds**
                    ■ Funds will be available for distribution to unsecured creditors.

                    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of**     ☐ 1-49              ☐ 1,000-5,000          ☐ 25,001-50,000
**creditors**       ■ 50-99             ☐ 5001-10,000          ☐ 50,001-100,000
                    ☐ 100-199           ☐ 10,001-25,000        ☐ More than100,000
                    ☐ 200-999

**15.** **Estimated Assets**        ☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                    ☐ $50,001 - $100,000        ■ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                    ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                    ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16.** **Estimated liabilities**   ☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion

Debtor    **Buchta Leasing, LLC**                                    Case number (*if known*) _____
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **Buchta Leasing, LLC**                                        Case number (*if known*) _____
_____
Name

| | Request for Relief, Declaration, and Signatures |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September  8, 2023**
MM / DD / YYYY

*X* **/s/ Louis Capolino**                                          **Louis Capolino**
Signature of authorized representative of debtor          Printed name

Title   **President/Manager**

**18. Signature of attorney**

*X* **/s/ Weston E. Overturf**                     Date   **September  8, 2023**
Signature of attorney for debtor                          MM / DD / YYYY

**Weston E. Overturf**
Printed name

**Kroger, Gardis & Regas, LLP**
Firm name

**111 Monument Circle**
**Suite 900**
**Indianapolis, IN 46204**
Number, Street, City, State & ZIP Code

Contact phone   **317-777-7443**      Email address _____

**27281-49 IN**
Bar number and State

Debtor  **Buchta Leasing, LLC**                              Case number (*if known*) _____
        Name

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF INDIANA

Case number (*if known*) _____  Chapter  **11**

☐ Check if this an
  amended filing

---

### FORM 201. VOLUNTARY PETITION

### <u>Pending Bankruptcy Cases Attachment</u>

| | | | | |
|---|---|---|---|---|
| Debtor | **ElenaRose Capital LLC** | | Relationship to you | |
| District | | When | **9/08/23** | Case number, if known |
| Debtor | **Elmer Buchta Trucking, LLC** | | Relationship to you | |
| District | | When | | Case number, if known |
| Debtor | **Transport Acquisitions LLC** | | Relationship to you | |
| District | | When | **9/08/23** | Case number, if known |
| Debtor | **WBF, LLC** | | Relationship to you | |
| District | | When | **9/08/23** | Case number, if known |



Indiana Secretary of State

| FILE #: | 202212193012287 |
|---|---|
| DATE FILED: | 19 Dec 2022 06:36 PM |

# UCC FINANCING STATEMENT

## DEBTOR INFORMATION

| ORGANIZATION'S NAME: | Buchta Leasing, LLC | | |
|---|---|---|---|
| MAILING ADDRESS: | PO Box 223 | | |
| CITY: | Otwell | POSTAL CODE: | 47564 |
| STATE: | IN | COUNTRY: | USA |

## SECURED PARTY INFORMATION

| ORGANIZATION'S NAME: | KTB Equity, Inc. | | |
|---|---|---|---|
| MAILING ADDRESS: | 420 SE Riverside Drive | | |
| CITY: | Evansville | POSTAL CODE: | 47713 |
| STATE: | IN | COUNTRY: | USA |

## COLLATERAL INFORMATION

### THIS FINANCING STATEMENT COVERS THE FOLLOWING COLLATERAL:

The "Collateral" for purposes of this financing statement, including the following described personal property Debtor now owned or hereafter acquired, (i) all goods, including without limitation, all inventory, supplies, furniture, fixtures, appliances, and equipment; (ii) any and all additions, parts, attachments, accessions, accessories thereto, and equipment now or hereafter The "Collateral" for purposes of this financing statement, including the following described personal property Debtor now owned or hereafter acquired, (i) all goods, including without limitation, all inventory, supplies, furniture, fixtures, and equipment; (ii) any and all additions, parts, attachments, accessions, accessories thereto, and equipment now or hereafter attached or used in connection therewith, together with all proceeds of the foregoing, including without limitation, all checks, cash, drafts, insurance proceeds, accounts receivables, chattel paper, leases and instruments received by Debtor in connection with any sale, lease, exchange, or disposition of any cash, drafts, insurance proceeds, accounts receivables, chattel paper, leases and instruments received by Debtor in connection with any sale, lease, exchange, or disposition of any of the foregoing.

FILE #:          202212193012287
DATE FILED: 19 Dec 2022 06:36 PM

COLLATERAL IS:

☐  HELD IN TRUST
☐  BEING ADMINISTERED BY DECEDENT'S REPRESENTATIVE

### FILING TYPE

☐  PUBLIC FINANCE TRANSACTION
☐  A DEBTOR IS A TRANSMITTING UTILITY
☐  MANUFACTURED-HOME TRANSACTION
☐  AGRICULTURAL LIEN
☐  NON-UCC FILING

### ALTERNATIVE DESIGNATION (IF APPLICABLE)

☐  LESSEE/LESSOR
☐  CONSIGNEE/CONSIGNOR
☐  SELLER/BUYER
☐  BAILEE/BAILOR
☐  LICENSEE/LICENSOR

### OPTIONAL FILER REFERENCE DATA

90481235

### MISCELLANEOUS



| | |
|---|---|
| FILE #: | 202302133031832 |
| DATE FILED: | 13 Feb 2023 04:53 PM |

Indiana Secretary of State

# UCC FINANCING STATEMENT

## DEBTOR INFORMATION

| | | | |
|---|---|---|---|
| ORGANIZATION'S NAME: | BUCHTA LEASING, LLC | | |
| MAILING ADDRESS: | 2174 N STATE RD 257 | | |
| CITY: | OTWELL | POSTAL CODE: | 47564 |
| STATE: | IN | COUNTRY: | USA |

## SECURED PARTY INFORMATION

| | | | |
|---|---|---|---|
| ORGANIZATION'S NAME: | VFS US LLC | | |
| MAILING ADDRESS: | P.O. Box 26131 | | |
| CITY: | Greensboro | POSTAL CODE: | 27402 |
| STATE: | NC | COUNTRY: | USA |
| ORGANIZATION'S NAME: | VFS Leasing Co. | | |
| MAILING ADDRESS: | P.O. Box 26131 | | |
| CITY: | Greensboro | POSTAL CODE: | 27402 |
| STATE: | NC | COUNTRY: | USA |

## COLLATERAL INFORMATION

### THIS FINANCING STATEMENT COVERS THE FOLLOWING COLLATERAL:

Debtor's equipment and/or vehicles and inventory financed or leased by Secured Party and all proceeds of the foregoing, whether cash or non-cash, together with the following, as may directly or indirectly arise out of or relate to such equipment and/or vehicles and inventory, in each case whether now owned or hereafter acquired by Debtor: (i) chattel paper, electronic chattel paper, right of payments (including monetary obligations, whether or not earned by performance), secondary obligations incurred or to be incurred, equipment, documents, leases, general intangibles, payment intangibles, promissory notes, instruments, accounts and contract rights and whether now existing or hereafter arising; (ii) all repairs, accessories, additions, attachments, replacements, substitutions or accessions; and (iii) all insurance or other proceeds of any of the foregoing, whether cash or non-cashThe collateral set forth herein is within the scope of Article 9 of the Uniform Commercial Code as enacted in the state of this filing.

FILE #:        202302133031832
DATE FILED: 13 Feb 2023 04:53 PM

COLLATERAL IS:

☐  HELD IN TRUST
☐  BEING ADMINISTERED BY DECEDENT'S REPRESENTATIVE

FILING TYPE

☐  PUBLIC FINANCE TRANSACTION
☐  A DEBTOR IS A TRANSMITTING UTILITY
☐  MANUFACTURED-HOME TRANSACTION
☐  AGRICULTURAL LIEN
☐  NON-UCC FILING

ALTERNATIVE DESIGNATION (IF APPLICABLE)

☐  LESSEE/LESSOR
☐  CONSIGNEE/CONSIGNOR
☐  SELLER/BUYER
☐  BAILEE/BAILOR
☐  LICENSEE/LICENSOR

OPTIONAL FILER REFERENCE DATA

500-7652484-001 2496 72174

MISCELLANEOUS

**Fill in this information to identify the case:**

Debtor name  **Buchta Leasing, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF INDIANA

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September  8, 2023**        X *, /s/ Louis Capolino*
                                            Signature of individual signing on behalf of debtor

                                            **Louis Capolino**
                                            Printed name

                                            **President/Manager**
                                            Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Buchta Leasing, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF INDIANA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Austin Gregory 10227 E North St Oakland City, IN 47660** | | **Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion** | | | | **$1,664.25** |
| **Auto Wheel and Rim Service Co. Inc. 1208 E Morgan Ave. Evansville, IN 47711** | | **Trade debt** | | | | **$13,251.14** |
| **Axle Surgeons Inc. 730 Warwick Ave. Fort Wayne, IN 46825** | | **Trade debt** | | | | **$1,895.00** |
| **Bret Schmidt 6866 Twin Bridges Rd. Tennyson, IN 47637** | | **Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion** | | | | **$1,587.60** |
| **Brumleve Industries, Inc. 1317 W Main St. Teutopolis, IL 62467** | | **Trade debt** | | | | **$12,200.00** |
| **Champ Converters Inc. 501 Main Street Suite 305 Evansville, IN 47708** | | **Trade debt** | | | | **$2,600.00** |
| **Dalton Howard 2261 S St Rd 257 Velpen, IN 47590** | | **Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion** | | | | **$1,700.39** |

Debtor   **Buchta Leasing, LLC**                                  Case number *(if known)*
_____                        _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Elmer Buchta Trucking, LLC 420 S.E. Riverside Evansville, IN 47713** | | **Trade debt** | | | | **$2,719,133.00** |
| **Grade A Funding Inc. 1111 North Main St. Huntingburg, IN 47542** | | **Trade debt** | | | | **$2,104.50** |
| **Imperial Suppliers LLC 300 North Madison St. PO Box 11008 Green Bay, WI 54307** | | **Trade debt** | | | | **$1,509.49** |
| **Johnny Long 293 N. State Road 61 Winslow, IN 47598** | | **Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion** | | | | **$1,605.77** |
| **Matt Quick 4533 Skeleton Rd. Tennyson, IN 47637** | | **Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion** | | | | **$1,613.08** |
| **Midwest Canvas Corp. 712 S. Norman Ave. Evansville, IN 47714** | | **Trade debt** | | | | **$28,303.40** |
| **Modern Supply Company Inc. 818 Division St. Evansville, IN 47711** | | **Trade debt** | | | | **$1,381.03** |
| **O'Reilly Auto Parts 150 West Market St. Suite 800 Indianapolis, IN 46204** | | **Trade debt** | | | | **$2,622.86** |
| **Paul Stone 1409 Vincennes Ave. Washington, IN 47501** | | **Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion** | | | | **$1,391.13** |
| **Ryan Wolf 644 S. County Rd. 700 E Winslow, IN 47598** | | **Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion** | | | | **$2,062.64** |

Debtor  **Buchta Leasing, LLC**                                                    Case number *(if known)*  _____
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Unifirst Corporation 135 North Pennsylvania St. Suite 1610 Indianapolis, IN 46204** | | **Trade debt** | | | | **$3,196.82** |
| **VoMack Truck Sales 1255 S Commerce Dr. Seymour, IN 47274** | | **Trade debt** | | | | **$306,977.39** |
| **Wehr's Welding Service, Inc. 398 S 900 W Velpen, IN 47590** | | **Trade debt** | | | | **$4,287.44** |

**Fill in this information to identify the case:**

Debtor name    **Buchta Leasing, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known)    _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................... $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................... $     **23,352,776.91**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................... $     **23,352,776.91**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **24,028,158.88**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $     **26,794.51**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$     **3,106,942.65**

4. Total liabilities ...............................................................................................................
    Lines 2 + 3a + 3b     $     **27,161,896.04**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **Buchta Leasing, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF INDIANA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

| | | |
|---|---|---|
| 3.1.  **Banterra Bank** | | $67,346.83 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $67,346.83 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

| 11a. 90 days old or less: | 779,285.41 | - | 0.00 | = .... | $779,285.41 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Debtor     **Buchta Leasing, LLC**                                          Case number *(If known)* _____
Name

12.     **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $779,285.41 |
|---|

<table><tr><td>Part 4:</td><td>Investments</td></tr></table>

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

<table><tr><td>Part 5:</td><td>Inventory, excluding agriculture assets</td></tr></table>

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.     **Raw materials**<br>**See Inventory List**<br>**Attached** | | **Unknown** | | **$491,144.67** |

20.     **Work in progress**

21.     **Finished goods, including goods held for resale**

22.     **Other inventory or supplies**

23.     **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| $491,144.67 |
|---|

24.     **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

<table><tr><td>Part 6:</td><td>Farming and fishing-related assets (other than titled motor vehicles and land)</td></tr></table>

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

<table><tr><td>Part 7:</td><td>Office furniture, fixtures, and equipment; and collectibles</td></tr></table>

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

Debtor   **Buchta Leasing, LLC**                                      Case number *(If known)* _____
_____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. | **Office furniture** | | |
| | Office furniture | $0.00 | | $10,000.00 |

| | | | | |
|---|---|---|---|---|
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | Laptops, tablets, and software | $2,000.00 | | $5,000.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.                    | $15,000.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1. | **SEE LIST OF TRUCKS ATTACHED - Trucks crossed off and listed on SOFA have been sold.** | $1,950,000.00 | N/A | $15,500,000.00 |
| 47.2. | **SEE LIST OF TRAILERS ATTACHED** | $7,000,000.00 | N/A | $6,500,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.                   | $22,000,000.00 |

Debtor    **Buchta Leasing, LLC**                                     Case number *(If known)* _____
Name

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. | | | | |
| Portable Building | | $0.00 | | Unknown |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $0.00 |
|---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Buchta Leasing, LLC**_____    Case number *(If known)* _____
          Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $67,346.83 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $779,285.41 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $491,144.67 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $15,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $22,000,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $23,352,776.91 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $23,352,776.91 |

## SCHEDULE III

## LIST OF ASSETS[1]

| VEHICLE # | YEAR | MAKE | Category | SERIAL NUM |
|---|---|---|---|---|
| 1 | 2020 | GMC | Service Vehicle | 1GKS2CKJ7LR125737 |
| 4 | 2015 | FORD | Service Vehicle | 1FMJU2AT9GEF06786 |
| 5 | 2006 | FORD | Service Vehicle | 1FBN31LX6DA61380 |
| 6 | 2015 | CHEVROLET | Service Vehicle | 1GCNKPEH2EZ317482 |
| 7 | 2013 | CHEVY | Service Vehicle | 1GNSKBE04DR359707 |
| 8 | 2017 | FORD | Service Vehicle | 1FTEW1EF0HKD12004 |
| 9 | 2013 | CHEVROLET | Service Vehicle | 1GCNKPEX3DZ212455 |
| 10 | 2006 | DODGE | Service Vehicle | 1D4GP24R06B589422 |
| 11 | 2017 | FORD | Service Vehicle | 1FTEW1EFXHKD46368 |
| 13 | 2008 | FORD | Service Vehicle | 1FTRF12288KE15514 |
| 16 | 2012 | INTERNATIONAL | Service Vehicle | 1HTJSSKK0CJ611141 |
| 17 | 2005 | DODGE | Service Vehicle | 1D7HA16K75J642995 |
| 19 | 2006 | FORD | Service Vehicle | 1FTSS34P46HA57159 |
| 20 | 2015 | CHEVROLET | Service Vehicle | 1GCNKPEH9EZ398125 |
| 21 | 2010 | CHEVROLET | Service Vehicle | 1GCPKPE00AZ205292 |
| 22 | 2003 | FORD | Service Vehicle | 1FTRF18W23NB20734 |
| 23 | 1999 | FORD | Service Vehicle | 1FDXF46F9XEC57845 |
| 24 | 2010 | CHEVROLET | Service Vehicle | 1GCPKPE07AZ180519 |
| 25 | 1996 | FORD | Service Vehicle | 1FDLF47FOTEA44418 |
| 26 | 2012 | IZUZU | Service Vehicle | JALC4W164C7001718 |
| 27 | 1999 | FORD | Service Vehicle | 1FDAF56F4XEE86591 |
| 28 | 1997 | FORD | Service Vehicle | 1FDLF47F6VEC94717 |
| 29 | 2006 | FORD | Service Vehicle | 1FDWF37P77EA63926 |
| 31 | 2004 | FORD | Service Vehicle | 1FDWF36P94ED12465 |
| 32 | 2005 | FORD | Service Vehicle | 1FDXF46P05EC55522 |
| 33 | 2012 | DODGE | Service Vehicle | 3C6UD5HL6CG244857 |
| 35 | 2001 | DODGE | Service Vehicle | 3B7KF266X1M553221 |
| 36 | 2002 | FORD | Service Vehicle | 1FTYR10D32PB33329 |
| 37 | 2008 | CHEVROLET | Service Vehicle | 1GBHC24K28E100489 |
| 38 | 2002 | FORD | Service Vehicle | 1FDXF46F02EB52765 |
| 40 | 2013 | RAM | Service Vehicle | 3C7WRMBLXDG533539 |
| 41 | 2015 | FORD | Service Vehicle | 1FDUF5GT7FEC65096 |
| 164A | 2007 | MACK | Service Vehicle | 1M1AK06Y97N020112 |

---

[1] NTD: This list is copied from the draft list of collateral of Peapack Capital.

| 52 | 2014 | FREIGHTLINER | Quad | 3ALHG3DV8EDFP7869 |
| 54 | 2014 | FREIGHTLINER | Quad | 3ALHG3DV6EDFP7871 |
| █ | █ | █ | █ | 7 |
| █ | █ | █ | █ | 9 |
| █ | █ | █ | █ | 1 |
| █ | █ | █ | █ | 2 |
| █ | █ | █ | █ | 3 |
| 61 | 2017 | MACK | Quad | 1M2AX13C4HM036446 |
| 62 | 2017 | MACK | Quad | 1M2AX13C6HM036447 |
| 63 | 2017 | MACK | Quad | 1M2AX13C8HM036448 |
| 64 | 2018 | MACK | Quad | 1M2AX13C4JM042625 |
| 65 | 2018 | MACK | Quad | 1M2AX13C6JM042626 |
| 66 | 2018 | MACK | Quad | 1M2AX13C8JM042627 |
| 67 | 2018 | MACK | Quad | 1M2AX13CXJM042628 |
| 68 | 2018 | MACK | Quad | 1M2AX13C1JM042629 |
| 69 | 2018 | MACK | Quad | 1M2AX13C8JM042630 |
| 70 | 2020 | MACK | Quad | 1M2GR2GC8LM017489 |
| 71 | 2020 | MACK | Quad | 1M2GR2GC4LM017490 |
| 72 | 2020 | MACK | Quad | 1M2GR2GC6LM017491 |
| 73 | 2020 | MACK | Quad | 1M2GR2GC8LM017492 |
| 74 | 2020 | MACK | Quad | 1M2GR2GCXLM017493 |
| 75 | 2020 | MACK | Quad | 1M2GR2GC1LM017494 |
| 76 | 2020 | MACK | Quad | 1M2GR2GC3LM017495 |
| 77 | 2020 | MACK | Quad | 1M2GR2GC5LM017496 |
| 110A | 2007 | FREIGHTLINER | Quad | 1FVMALCK57DX38137 |
| 111A | 2007 | FREIGHTLINER | Quad | 1FVMALCK77DX38138 |
| 113A | 2007 | KENWORTH | Quad | 1NKWXUOX87J169843 |
| 120A | 2007 | KENWORTH | Quad | 1NKWXUOXX7J169858 |
| 80 | 2020 | MACK | Tractor | 1M1AN2GY9LM015090 |
| 81 | 2020 | MACK | Tractor | 1M1AN2GY2LM015092 |
| 82 | 2020 | MACK | Tractor | 1M1AN2GY5LM015085 |
| 83 | 2020 | MACK | Tractor | 1M1AN2GY0LM015091 |
| 84 | 2020 | MACK | Tractor | 1M1AN2GY0LM017391 |
| 85 | 2020 | MACK | Tractor | 1M1AN2GY2LM017392 |
| 86 | 2020 | MACK | Tractor | 1M1AN2GY8LM017395 |
| 87 | 2020 | MACK | Tractor | 1M1AN2GYXLM017396 |
| 88 | 2020 | MACK | Tractor | 1M1AN2GY3LM017398 |
| 89 | 2020 | MACK | Tractor | 1M1AN2GY5LM017399 |
| 90 | 2020 | MACK | Tractor | 1M1AN2GY8LM017400 |
| 91 | 2020 | MACK | Tractor | 1M1AN2GY1LM017402 |
| 92 | 2020 | MACK | Tractor | 1M1AN2GY3LM017403 |

| 93 | 2020 | MACK | Tractor | 1M1AN2GY5LM017404 |
|-----|------|-------|---------|-------------------|
| 94 | 2020 | MACK | Tractor | 1M1AN2GY7LM017405 |
| 95 | 2020 | MACK | Tractor | 1M1AN2GY9LM017406 |
| 96 | 2020 | MACK | Tractor | 1M1AN2GY0LM017407 |
| 96 | 2003 | MACK | Tractor | 1M2AG11C23M006650 |
| 97 | 2020 | MACK | Tractor | 1M1AN2GY1LM017397 |
| 98 | 2020 | MACK | Tractor | 1M1AN2GY9LM017390 |
| 99 | 2020 | MACK | Tractor | 1M1AN2GY6LM017394 |
| 100 | 2020 | MACK | Tractor | 1M1AN2GYXLM017401 |
| 101 | 2020 | MACK | Tractor | 1M1AN2GY2LM017408 |
| 102 | 2020 | MACK | Tractor | 1M1AN2GY4LM017409 |
| 103 | 2020 | MACK | Tractor | 1M1AN2GY0LM017410 |
| 104 | 2020 | MACK | Tractor | 1M1AN2GY2LM017411 |
| 105 | 2020 | MACK | Tractor | 1M1AN2GY4LM017412 |
| 106 | 2020 | MACK | Tractor | 1M1AN2GY6LM017413 |
| 107 | 2020 | MACK | Tractor | 1M1AN2GY8LM017414 |
| 108 | 2020 | MACK | Tractor | 1M1AN2GYXLM017415 |
| 109 | 2020 | MACK | Tractor | 1M1AN2GY1LM017416 |
| 110 | 2020 | MACK | Tractor | 1M1AN2GY3LM017417 |
| 111 | 2020 | MACK | Tractor | 1M1AN2GY4LM017393 |
| 112 | 2020 | MACK | Tractor | 1M1AN2GY0LM015088 |
| 113 | 2020 | MACK | Tractor | 1M1AN2GY3LM015084 |
| 114 | 2020 | MACK | Tractor | 1M1AN2GY2LM015089 |
| 115 | 2020 | MACK | Tractor | 1M1AN2GY7LM015086 |
| 116 | 2020 | MACK | Tractor | 1M1AN2GY9LM015087 |
| 117 | 2020 | MACK | Tractor | 1M1AN2GY4LM015093 |
| 118 | 2020 | MACK | Tractor | 1M1AN2GY6LM015094 |
| 119 | 2020 | MACK | Tractor | 1M1AN2GY8LM015095 |
| 120 | 2020 | MACK | Tractor | 1M1AN2GYXLM015096 |
| 121 | 2015 | VOLVO | Tractor | 4V4NC9EH0FN930674 |
| 122 | 2015 | VOLVO | Tractor | 4V4NC9EH6FN930677 |
| 123 | 1997 | MACK | Tractor | 1M1AA14Y3VW073116 |
| 124 | 2015 | VOLVO | Tractor | 4V4NC9EH9FN930673 |
| 125 | 2015 | VOLVO | Tractor | 4V4NC9EH4FN930676 |
| 126 | 2015 | VOLVO | Tractor | 4V4N39EH7FN930672 |
| 127 | 2015 | VOLVO | Tractor | 4V4NC9EH2FN930675 |
| 128 | 2018 | VOLVO | Tractor | 4V4NC9EH3JN999657 |
| 129 | 2018 | VOLVO | Tractor | 4V4NC9EH8JN999668 |
| 130 | 2018 | VOLVO | Tractor | 4V4NC9EH6JN999670 |
| 131 | 2018 | VOLVO | Tractor | 4V4NC9EH1JN999656 |
| 132 | 2018 | VOLVO | Tractor | 4V4NC9EH8JN999671 |

| 133 | 2016 | MACK | Tractor | 1M1AW21Y2GM060433 |
|---|---|---|---|---|
| 134 | 2016 | MACK | Tractor | 1M1AW21Y3GM060442 |
| 135 | 2017 | MACK | Tractor | 1M1AW07Y5HM079944 |
| 136 | 2016 | MACK | Tractor | 1M1AW21Y5GM060443 |
| 137 | 2017 | MACK | Tractor | 1M1AW02Y7HM080969 |
| 138 | 2016 | MACK | Tractor | 1M2AW07C7GM061136 |
| 140 | 2017 | MACK | Tractor | 1M1AW02Y3HM079805 |
| 141 | 2017 | MACK | Tractor | 1M1AW02Y5HM079806 |
| 142 | 2017 | MACK | Tractor | 1M1AW02Y7HM079807 |
| 143 | 2017 | MACK | Tractor | 1M1AW02Y9HM079808 |
| 144 | 2017 | MACK | Tractor | 1M1AW02Y0HM079809 |
| 145 | 2017 | MACK | Tractor | 1M1AW02Y7HMO79810 |
| 146 | 2017 | MACK | Tractor | 1M1AW02Y9HM079811 |
| 147 | 2017 | MACK | Tractor | 1M1AW02Y0HM079812 |
| 148 | 2017 | MACK | Tractor | 1M1AW02Y4HM079814 |
| 149 | 2017 | MACK | Tractor | 1M1AW02Y6HM079815 |
| 150 | 2013 | MACK | Tractor | 1M1AW07Y2DM034034 |
| 154 | 2019 | MACK | Tractor | 1M1AW02Y6KM089607 |
| 155 | 2019 | MACK | Tractor | 1M1AW02Y8KM089608 |
| 156 | 2019 | MACK | Tractor | 1M1AW02YXKM089609 |
| 157 | 2019 | MACK | Tractor | 1M1AW02Y6KM089610 |
| 158 | 2019 | MACK | Tractor | 1M1AW02Y8KM089611 |
| 159 | 2019 | MACK | Tractor | 1M1AW02YXKM089612 |
| 160 | 2019 | MACK | Tractor | 1M1AW02Y1KM089613 |
| 161 | 2019 | MACK | Tractor | 1M1AW02Y3KM089614 |
| 162 | 2019 | MACK | Tractor | 1M1AW02Y5KM089615 |
| 163 | 2019 | MACK | Tractor | 1M1AW02Y7KM089616 |
| 164 | 2019 | MACK | Tractor | 1M1AW02Y9KM089617 |
| 165 | 2019 | MACK | Tractor | 1M1AW02Y0KM089618 |
| 166 | 2019 | MACK | Tractor | 1M1AW02Y2KM089619 |
| 167 | 2019 | MACK | Tractor | 1M1AW02Y9KM089620 |
| 168 | 2019 | MACK | Tractor | 1M1AW02Y0KM089621 |
| 169 | 2019 | MACK | Tractor | 1M1AW02Y2KM089622 |
| 170 | 2019 | MACK | Tractor | 1M1AW02Y4KM089623 |
| 171 | 2019 | MACK | Tractor | 1M1AW02Y6KM089624 |
| 172 | 2019 | MACK | Tractor | 1M1AW02Y8KM089625 |
| 173 | 2019 | MACK | Tractor | 1M1AW02YXKM089626 |
| 174 | 2018 | MACK | Tractor | 1M1AW07Y2JM088414 |
| 175 | 2018 | MACK | Tractor | 1M1AW07Y4JM088415 |
| 176 | 2018 | MACK | Tractor | 1M1AW07Y6JM088416 |
| 177 | 2019 | MACK | Tractor | 1M1AN4GY5KM004890 |

| 178 | 2018 | VOLVO | Tractor | 4V4NC9EH1JN996756 |
|-----|------|-------|---------|-------------------|
| 179 | 2018 | VOLVO | Tractor | 4V4NC9EH3JN996757 |
| 180 | 2019 | MACK | Tractor | 1M1AN4GY1KM009942 |
| 181 | 2019 | MACK | Tractor | 1M1AN4GYXKM009941 |
| 182 | 2022 | MACK | Tractor | 1M1AN4GY9NM028274 |
| 183 | 2022 | MACK | Tractor | 1M1AN4GY0NM028275 |
| 184 | 2022 | MACK | Tractor | 1M1AN4GY2NM028276 |
| 185 | 2022 | MACK | Tractor | 1M1AN4GY4NM028277 |
| 186 | 2022 | MACK | Tractor | 1M1AN4GY6NM028278 |
| 187 | 2022 | MACK | Tractor | 1M1AN3GY5NM28282 |
| 188 | 2022 | MACK | Tractor | 1M1AN3GY7NM028283 |
| 189 | 2022 | MACK | Tractor | 1M1AN3GY9NM028284 |
| 190 | 2022 | MACK | Tractor | 1M1AN3GY3NM028281 |
| 191 | 2022 | MACK | Tractor | 1M1AN3GY0NM028285 |
| 192 | 2022 | MACK | Tractor | 1M1AN2GY4NM027862 |
| 193 | 2022 | MACK | Tractor | 1M1AN2GY6NM027863 |
| 194 | 2022 | MACK | Tractor | 1M1AN2GY8NM027864 |
| 195 | 2022 | MACK | Tractor | 1M1AN2GYXNM027865 |
| 196 | 2022 | MACK | Tractor | 1M1AN2GY1NM027866 |
| 197 | 2022 | MACK | Tractor | 1M1AN2GY4NM027876 |
| 198 | 2022 | MACK | Tractor | 1M1AN2GY6NM027877 |
| 199 | 2022 | MACK | Tractor | 1M1AN2GY0NM027888 |
| 200 | 2022 | MACK | Tractor | 1M1AN2GY2NM027889 |
| 201 | 2022 | MACK | Tractor | 1M1AN2GY9NM027890 |
| 202 | 2022 | MACK | Tractor | 1M1AN2GY0NM027891 |
| 203 | 2022 | MACK | Tractor | 1M1AN2GY2NM027892 |
| 204 | 2022 | MACK | Tractor | 1M1AN2GY4NM027909 |
| 205 | 2022 | MACK | Tractor | 1M1AN2GY0NM027910 |
| 206 | 2022 | MACK | Tractor | 1M1AN2GY2NM027911 |
| 207 | 2022 | MACK | Tractor | 1M1AN2GY4NM027912 |
| 208 | 2022 | MACK | Tractor | 1M1AN2GY6NM027913 |
| 209 | 2022 | MACK | Tractor | 1M1AN2GY8NM027914 |
| 210 | 2022 | MACK | Tractor | 1M1AN2GY2NM028203 |
| 211 | 2022 | MACK | Tractor | 1M1AN2GY5NM028213 |
| 212 | 2013 | MACK | Tractor | 1M1AW02Y3DM028797 |
| 213 | 2014 | MACK | Tractor | 1M1AW02Y3EM038201 |
| 216 | 2014 | MACK | Tractor | 1M1AW02Y9EM038204 |
| 218 | 2014 | MACK | Tractor | 1M1AW02Y2EM038206 |
| 220 | 2014 | MACK | Tractor | 1M1AW02Y6EM038208 |
| 223 | 2014 | MACK | Tractor | 1M1AW02Y6EM038211 |
| 224 | 2014 | MACK | Tractor | 1M1AW02Y8EM038212 |

| 226 | 2014 | MACK | Tractor | 1M1AW02Y1EM038214 |
| 228 | 2014 | MACK | Tractor | 1M1AW02Y5EM038216 |
| 233 | 2014 | MACK | Tractor | 1M1AW02Y5EM038569 |
| 234 | 2015 | MACK | Tractor | 1M1AW02Y9FM047017 |
| 235 | 2015 | MACK | Tractor | 1M1AW02YOFM047018 |
| 236 | 2015 | MACK | Tractor | 1M1AW02Y2FM047019 |
| 238 | 2015 | MACK | Tractor | 1M1AW02Y0FM047021 |
| 239 | 2015 | MACK | Tractor | 1M1AW02Y2FM047022 |
| 240 | 2015 | MACK | Tractor | 1M1AW02Y4FM047023 |
| 241 | 2015 | MACK | Tractor | 1M1AW02Y6FM047024 |
| 242 | 2015 | MACK | Tractor | 1M1AW02Y8FM047025 |
| 243 | 2015 | MACK | Tractor | 1M1AW02YXFM047026 |
| 244 | 2015 | MACK | Tractor | 1M1AW02Y1FM047027 |
| 245 | 2015 | MACK | Tractor | 1M1AW02Y3FM047028 |
| 246 | 2015 | MACK | Tractor | 1M1AW02Y5FM047029 |
| 247 | 2015 | MACK | Tractor | 1M1AW02Y1FM047030 |
| 248 | 2015 | MACK | Tractor | 1M1AW02Y3FM047031 |
| 249 | 2015 | MACK | Tractor | 1M1AW02Y5FM047032 |
| 250 | 2015 | MACK | Tractor | 1M1AW02Y7FM047033 |
| 251 | 2015 | MACK | Tractor | 1M1AW02Y9FM047034 |
| 252 | 2015 | MACK | Tractor | 1M1AW02Y0FM047035 |
| 253 | 2015 | MACK | Tractor | 1M1AW02Y2FM047036 |
| 254 | 2015 | MACK | Tractor | 1M1AW02Y4FM047037 |
| 255 | 2015 | MACK | Tractor | 1M1AW02Y6FM047038 |
| 256 | 2015 | MACK | Tractor | 1M1AW02Y8FM047039 |
| 257 | 2015 | MACK | Tractor | 1M1AW02Y4FM047040 |
| 258 | 2015 | MACK | Tractor | 1M1AW02Y6FM047041 |
| 259 | 2015 | MACK | Tractor | 1M1AW02YXFM051769 |
| 260 | 2015 | MACK | Tractor | 1M1AW02Y6FM051770 |
| 261 | 2015 | MACK | Tractor | 1M1AW02Y8FM051771 |
| 262 | 2015 | MACK | Tractor | 1M1AW02YXFM051772 |
| 263 | 2015 | MACK | Tractor | 1M1AW02Y1FM051773 |
| 264 | 2016 | MACK | Tractor | 1M1AW02Y5GM054743 |
| 265 | 2016 | MACK | Tractor | 1M1AW02Y7GM054744 |
| 266 | 2016 | MACK | Tractor | 1M1AW02Y9GM054745 |
| 268 | 2016 | MACK | Tractor | 1M1AW02Y2GM054747 |
| 269 | 2016 | MACK | Tractor | 1M1AW02Y4GM054748 |
| 270 | 2016 | MACK | Tractor | 1M1AW02Y6GM054749 |
| 272 | 2016 | MACK | Tractor | 1M1AW02Y4GM054751 |
| 273 | 2016 | MACK | Tractor | 1M1AW02Y6GM054752 |
| 274 | 2016 | MACK | Tractor | 1M1AW02Y0GM054794 |

| 275 | 2016 | MACK | Tractor | 1M1AW02Y2GM054795 |
| 276 | 2016 | MACK | Tractor | 1M1AW02Y4GM054796 |
| 277 | 2016 | MACK | Tractor | 1M1AW02Y6GM054797 |
| 278 | 2016 | MACK | Tractor | 1M1AW02Y8GM054798 |
| 279 | 2016 | MACK | Tractor | 1M1AW02Y3GM058516 |
| 280 | 2016 | MACK | Tractor | 1M1AW02Y5EM058517 |
| 281 | 2016 | MACK | Tractor | 1M1AW02Y7GM058518 |
| 282 | 2016 | MACK | Tractor | 1M1AW02Y9GM058519 |
| 283 | 2016 | MACK | Tractor | 1M1AW02Y5GM58520 |
| 284 | 2016 | MACK | Tractor | 1M1AW02Y7GM058521 |
| 285 | 2016 | MACK | Tractor | 1M1AW02Y9GM058522 |
| 286 | 2016 | MACK | Tractor | 1M1AW02Y0GM058523 |
| 287 | 2016 | MACK | Tractor | 1M1AW02Y2GM058524 |
| 288 | 2016 | MACK | Tractor | 1M1AW02Y4GM058525 |
| 289 | 2017 | MACK | Tractor | 1M1AW02Y1HM079818 |
| 290 | 2017 | MACK | Tractor | 1M1AW02Y3HM079819 |
| 291 | 2013 | MACK | Tractor | 1M1AW02Y8DM028780 |
| 293 | 2017 | MACK | Tractor | 1M1AW02Y1HM079821 |
| 299 | 2013 | MACK | Tractor | 1M1AW02Y4DM028789 |
| L100 | 2016 | MACK | Tractor | 1M1AW02Y2GM057888 |
| L101 | 2016 | MACK | Tractor | 1M1AW21Y5GM059356 |
| L103 | 2016 | MACK | Tractor | 1M1AW02Y2GM058619 |
| L104 | 2016 | MACK | Tractor | 1M1AW21Y3GM059355 |
| L105 | 2016 | MACK | Tractor | 1M1AW02Y4GM057889 |
| L106 | 2016 | MACK | Tractor | 1M1AW21Y9GM059358 |
| L107 | 2016 | MACK | Tractor | 1M1AW02Y8GM060519 |
| L108 | 2016 | MACK | Tractor | 1M1AW02Y4GM060520 |
| L109 | 2016 | MACK | Tractor | 1M1AW02Y6GM060521 |
| 1111 | 1997 | MASSEY FERG | Yard Tractor | 5681-E-48016 |
| 1111A | 2013 | FRONTIER | Yard Tractor | 1XFRC20XCC0029246 |
| 1112 | 1998 | MASSEY FERG | Yard Tractor | 9681H26011 |
| 1113 | 1997 | TOYOTA | Forklift | 60041 |
| 1114 | 1985 | JOHN DEERE | Yard Tractor | 330003T |
| 1115 | 1998 | TOYOTA | Forklift | 60148 |
| 1116 | 1984 | MICHIGAN | Yard Tractor | 497A178CB // 125 WHE |
| 1117 | 2003 | KOMATSU | Yard Tractor | A3608.9 |
| 1118 | 1994 | TOYOTA | Forklift | 20372 |
| 1119 | 1966 | CATERPILLR | Yard Tractor | 73G1855 |
| 1120 | 1996 | TOYOTA | Forklift | 30743 |
| 1121 | 2000 | FORD | Yard Tractor | C608826 |
| 1122 | 2000 | VOLVO | Yard Tractor | L120CV62510 |

| 1123 | 2005 | KOMATSU | Yard Tractor | A52329 |
|------|------|---------|--------------|--------|
| 1124 | 2005 | NEW HOLLAND | Yard Tractor | N3F000620 |
| 1125 | 2013 | SCAG | Yard Tractor | H6100705 |
| 1126 | 2006 | JLG | Yard Tractor | 30001150 |
| 1131 | 2000 | YALE | Yard Tractor | C809VO2185D |
| 1140 | 2015 | JOHN DEERE | Yard Tractor | 1LV2025RAEH113773 |
| 1141 | 2017 | BOBCAT | Yard Tractor | ALG22485 |
| 5301 | 2011 | WABASH | Box Van | 1JJV532D9BL544286 |
| 5302 | 2011 | WABASH | Box Van | 1JJV532D6BL544312 |
| 5303 | 2011 | WABASH | Box Van | 1JJV532D5BL544348 |
| 5304 | 2011 | WABASH | Box Van | 1JJV532D3BL544297 |
| 5305 | 2011 | WABASH | Box Van | 1JJV532D0BL544404 |
| 5306 | 2011 | WABASH | Box Van | 1JJV532D8BL544425 |
| 5307 | 2011 | WABASH | Box Van | 1JJV532D1BL544279 |
| 5308 | 2011 | WABASH | Box Van | 1JJV532D2BL544307 |
| 5309 | 2011 | WABASH | Box Van | 1JJV532D2BL544419 |
| 5310 | 2011 | WABASH | Box Van | 1JJV532D7BL544352 |
| 5311 | 2011 | WABASH | Box Van | 1JJV532D4BL544356 |
| 5312 | 2011 | WABASH | Box Van | 1JJV532D3BL544378 |
| 5313 | 2011 | GREAT DANE | Box Van | 211356 |
| 5314 | 2011 | GREAT DANE | Box Van | 211360 |
| 5315 | 2011 | GREAT DANE | Box Van | 211365 |
| 5316 | 2011 | GREAT DANE | Box Van | 1GRAP0626BK211354 |
| 5317 | 2011 | GREAT DANE | Box Van | 1GRAP0626BK211368 |
| 5318 | 2018 | WABASH | Box Van | 1JJV532D2JL089165 |
| 5319 | 2016 | WABASH | Box Van | 1JJV532D6GL959881 |
| 5320 | 2017 | HYANDIA | Box Van | 3H3V532C9HT010012 |
| 5321 | 2013 | WABASH | Box Van | 1JJV532D9DL743406 |
| 5322 | 2013 | WABASH | Box Van | 1JJV532D6DL774628 |
| 5362B | 2000 | GREAT DANE | Box Van | 1GRAA062XYB037721 |
| 5363B | 2000 | GREAT DANE | Box Van | 1GRAA0621YB037722 |
| 5364B | 2000 | GREAT DANE | Box Van | 1GRAA0626YB054712 |
| 5370B | 2000 | GREAT DANE | Box Van | 1GRAA0624YB115913 |
| 5371B | 2000 | GREAT DANE | Box Van | 1GRAA0623YB132122 |
| 5372B | 2001 | TRAILKING | Box Van | 1PTO1JAH816004481 |
| 5375B | 2001 | TRAILKING | Box Van | 1PTO1JAH316004484 |
| 5376B | 2001 | TRAILKING | Box Van | 1PTO1JAH516004485 |
| 5377B | 2001 | TRAILKING | Box Van | 1PTO1JAH716004486 |
| 5378B | 2001 | TRAILKING | Box Van | 1PTO1JAH916004487 |
| 5379B | 2001 | TRAILKING | Box Van | 1PTO1JAH016004488 |
| 5386B | 2003 | HYUNDAI | Box Van | 3H3V532C935110040 |

| T10 | 2002 | KIRK'S TRL MFG | Fire Engine | 5DCUS16292S000368 |
|---|---|---|---|---|
| T113 | 2009 | SUPERIOR | Steel Trailer | 1S9DS40209E573007 |
| T114 | 2016 | SUPERIOR | Steel Trailer | 1S9DS3921FE573039 |
| T115 | 2015 | SUPERIOR | Steel Trailer | EE573041 |
| T116 | 2011 | SUPERIOR | Steel Trailer | BE573001 |
| T117 | 2005 | SUPERIOR | Steel Trailer | 1S9DS40225E573004 |
| T118 | 2004 | CTC | Steel Trailer | 1C93439254S770450 |
| T119 | 2006 | CTC | Steel Trailer | 1C92439216S770122 |
| T127 | 2008 | SUPERIOR | Steel Trailer | 1S9DS40298E573005 |
| T128 | 2008 | SUPERIOR | Steel Trailer | 1S9DS40208E573006 |
| T120 | 2002 | HEIL | Fuel Trailer | 5HTAM432327H66147 |
| T121 | 2005 | HEIL | Fuel Trailer | 5HTAB452557H68327 |
| T122 | 2004 | HEIL | Fuel Trailer | 5HTAB442X47H67478 |
| T123 | 2003 | HEIL | Fuel Trailer | 5HTAB432737H67146 |
| T125 | 2003 | HEIL | Fuel Trailer | 5HTAB442/4/37H67135 |
| T131 | 2006 | EAST Genesis | Coal Trailer | 1E1F9U28X6RJ37819 |
| T132 | 2006 | EAST Genesis | Coal Trailer | 1E1F9U2866RJ37820 |
| T139 | 2006 | EAST Genesis | Coal Trailer | 1E1F9U2896RJ37827 |
| T141 | 2006 | EAST Genesis | Coal Trailer | 1E1F9U2826RJ37829 |
| T142 | 2007 | EAST Genesis | Coal Trailer | 1E1F9U28X7RF39957 |
| T143 | 2007 | EAST Genesis | Coal Trailer | 1E1F9U2817RF39958 |
| T144 | 2007 | EAST Genesis | Coal Trailer | 1E1F9U28X7RG39959 |
| T145 | 2007 | EAST Genesis | Coal Trailer | 1E1F9U2867RG39960 |
| T147 | 2007 | EAST Genesis | Coal Trailer | 1E1F9U28X7RG39962 |
| T149 | 2007 | EAST Genesis | Coal Trailer | 1E1F9U2837RG39964 |
| T150 | 2007 | EAST Genesis | Coal Trailer | 1E1F9U2817RH39965 |
| T151 | 2007 | EAST Genesis | Coal Trailer | 1E1F9U2837RH39966 |
| T152 | 2007 | EAST Genesis | Coal Trailer | 1E1F9U2857RH39967 |
| T153 | 2007 | EAST Genesis | Coal Trailer | 1E1F9U2877RH39968 |
| T154 | 2007 | EAST Genesis | Coal Trailer | 1E1F9U2867RL41065 |
| T155 | 2007 | EAST Genesis | Coal Trailer | 1E1F9U2887RL41066 |
| T156 | 2007 | EAST Genesis | Coal Trailer | 1E1F9U28X7RL41067 |
| T157 | 2007 | EAST Genesis | Coal Trailer | 1E1F9U2817RL41068 |
| T158 | 2007 | EAST Genesis | Coal Trailer | 1E1F9U2837RL41069 |
| T159 | 2007 | EAST Genesis | Coal Trailer | 1E1F9U28X7RL41070 |
| T160 | 2007 | EAST Genesis | Coal Trailer | 1E1F9U2887RM41071 |
| T161 | 2007 | EAST Genesis | Coal Trailer | 1E1F9U28X7RM41072 |
| T162 | 2007 | EAST Genesis | Coal Trailer | 1E1F9U2817RM41073 |
| T163 | 2007 | EAST Genesis | Coal Trailer | 1E1F9U2837RM41074 |
| T164 | 2007 | EAST Genesis | Coal Trailer | 1E1F9U2857RM41075 |
| T165 | 2007 | EAST Genesis | Coal Trailer | 1E1F9U2877RM41076 |

| T166 | 2007 | EAST Genesis | Coal Trailer | 1E1F9U2868RG40902 |
|------|------|--------------|--------------|-------------------|
| T167 | 2007 | EAST Genesis | Coal Trailer | 1E1F9U2888RG40903 |
| T168 | 2007 | EAST Genesis | Coal Trailer | 1E1F9U28X8RG40904 |
| T169 | 2008 | EAST Genesis | Coal Trailer | 1E1F9U2818RG40905 |
| T170 | 2007 | EAST Genesis | Coal Trailer | 1E1F9U2838RG40906 |
| T171 | 2007 | EAST Genesis | Coal Trailer | 1E1F9U2858RG40907 |
| T172 | 2007 | EAST Genesis | Coal Trailer | 1E1F9U2858RG42270 |
| T173 | 2008 | EAST Genesis | Coal Trailer | 1E1F9U2898RL42745 |
| T174 | 2008 | EAST Genesis | Coal Trailer | 1E1F9U2808RL42746 |
| T175 | 2008 | EAST Genesis | Coal Trailer | 1E1F9U2828RL42747 |
| T176 | 2009 | EAST Genesis | Coal Trailer | 1E1F9U2879RE43299 |
| T177 | 2009 | EAST Genesis | Coal Trailer | 1E1F9U28X9RE43300 |
| T180 | 2009 | EAST Genesis | Coal Trailer | 1E1F9U28X9RE43303 |
| T181 | 2009 | EAST Genesis | Coal Trailer | 1E1F9U28X9RE43304 |
| T182 | 2009 | EAST Genesis | Coal Trailer | 1E1F9U28X9RE43305 |
| T183 | 2009 | EAST Genesis | Coal Trailer | 1E1F9U2889RF43458 |
| T184 | 2009 | EAST Genesis | Coal Trailer | 1E1F9U28X9RF43459 |
| T185 | 2009 | EAST Genesis | Coal Trailer | 1E1F9U2869RF43460 |
| T186 | 2009 | EAST Genesis | Coal Trailer | 1E1F9U2879RC44236 |
| T187 | 2009 | EAST Genesis | Coal Trailer | 1E1F9U2899RC44237 |
| T188 | 2009 | EAST Genesis | Coal Trailer | 1E1F9U2809RC44238 |
| T189 | 2009 | EAST Genesis | Coal Trailer | 1E1F9U2829RC44239 |
| T190 | 2009 | EAST Genesis | Coal Trailer | 5MADN39249C018255 |
| T191 | 2009 | EAST Genesis | Coal Trailer | 5MADN39269C018256 |
| T192 | 2009 | EAST Genesis | Coal Trailer | 5MADN39289C018257 |
| T193 | 2009 | EAST Genesis | Coal Trailer | 5MADN392X9C018258 |
| T216 | 2015 | EAST Genesis | Coal Trailer | 1E1J9U282FRO52371 |
| T217 | 2015 | EAST Genesis | Coal Trailer | 1E1F9U286FR052864 |
| T218 | 2015 | EAST Genesis | Coal Trailer | 1E1F9U288FR052865 |
| T219 | 2015 | EAST Genesis | Coal Trailer | 1E1F9U28XFR052866 |
| T220 | 2015 | EAST Genesis | Coal Trailer | 1E1F9U281FR052867 |
| T221 | 2015 | EAST Genesis | Coal Trailer | 1E1F9U283FR052868 |
| T222 | 2015 | EAST Genesis | Coal Trailer | 1E1F9U285FR052869 |
| T223 | 2015 | EAST Genesis | Coal Trailer | 1E1F9U281FR052870 |
| T224 | 2015 | EAST Genesis | Coal Trailer | 1E1F9U283FR052871 |
| T225 | 2015 | EAST Genesis | Coal Trailer | 1E1F9U285FR052872 |
| T226 | 2015 | EAST Genesis | Coal Trailer | 1E1F9U287FR052873 |
| T227 | 2015 | EAST Genesis | Coal Trailer | 1E1F9U288FR053868 |
| T228 | 2015 | EAST Genesis | Coal Trailer | 1E1F9U28XFR053869 |
| T229 | 2015 | EAST Genesis | Coal Trailer | 1E1F9U286FR053870 |
| T230 | 2016 | EAST Genesis | Coal Trailer | 1E1F9U28XGR055865 |

| T231 | 2016 | EAST Genesis | Coal Trailer | 1E1F9U281GR055866 |
|------|------|--------------|--------------|-------------------|
| T232 | 2016 | EAST Genesis | Coal Trailer | 1E1F9U283GR055867 |
| T233 | 2016 | EAST Genesis | Coal Trailer | 1E1F9U285GR055868 |
| T234 | 2016 | EAST Genesis | Coal Trailer | 1E1F9U287GR055869 |
| T235 | 2016 | EAST Genesis | Coal Trailer | 1E1F9U283GR055870 |
| T236 | 2016 | EAST Genesis | Coal Trailer | 1E1F9U285GR055871 |
| T237 | 2016 | EAST Genesis | Coal Trailer | 1E1F9U287GR055872 |
| T238 | 2016 | EAST Genesis | Coal Trailer | 1E1F9U289GR055873 |
| T239 | 2016 | EAST Genesis | Coal Trailer | 1E1F9U280GR055874 |
| T240 | 2016 | EAST Genesis | Coal Trailer | 1E19U282GR055875 |
| T241 | 2016 | EAST Genesis | Coal Trailer | 1E1F9U284GR055876 |
| T242 | 2016 | EAST Genesis | Coal Trailer | 1E1F9U286GR055877 |
| T243 | 2016 | EAST Genesis | Coal Trailer | 1E1F9U288GR055878 |
| T244 | 2017 | EAST Genesis | Coal Trailer | 1E1F9U288HR058426 |
| T245 | 2017 | EAST Genesis | Coal Trailer | 1E1F9U28XHR058427 |
| T246 | 2017 | EAST Genesis | Coal Trailer | 1E1F9U281HR058428 |
| T247 | 2017 | EAST Genesis | Coal Trailer | 1E1F9U283HR058429 |
| T248 | 2017 | EAST Genesis | Coal Trailer | 1E1F9U28XHR058430 |
| T249 | 2017 | EAST Genesis | Coal Trailer | 1E1F9U281HR058431 |
| T250 | 2017 | EAST Genesis | Coal Trailer | 58432 |
| T251 | 2017 | EAST Genesis | Coal Trailer | 58433 |
| T252 | 2017 | EAST Genesis | Coal Trailer | 1E1F9U287HR058434 |
| T253 | 2017 | EAST Genesis | Coal Trailer | 1E1F9U289HR058435 |
| T254 | 2018 | EAST Genesis | Coal Trailer | 1E1F9U282JR060565 |
| T255 | 2018 | EAST Genesis | Coal Trailer | 1E1F9U284JR060566 |
| T256 | 2018 | EAST Genesis | Coal Trailer | 1E1F9U286JR060567 |
| T257 | 2018 | EAST Genesis | Coal Trailer | 1E1F9U288JR060568 |
| T258 | 2018 | EAST Genesis | Coal Trailer | 1E1F9U28XHR060569 |
| T259 | 2018 | EAST Genesis | Coal Trailer | 1E1F9U286JR060570 |
| T260 | 2018 | EAST Genesis | Coal Trailer | 1E1F9U288JR060571 |
| T261 | 2018 | EAST Genesis | Coal Trailer | 1E1F9U28XJR060572 |
| T262 | 2018 | EAST Genesis | Coal Trailer | 1E1F9U281JR060573 |
| T263 | 2018 | EAST Genesis | Coal Trailer | 1E1F9U283JR060574 |
| T264 | 2019 | EAST Genesis | Coal Trailer | 1E1F9U280KR064714 |
| T265 | 2019 | EAST Genesis | Coal Trailer | 1E1F9U282KR064715 |
| T266 | 2019 | EAST Genesis | Coal Trailer | 1E1F9U284KR064716 |
| T267 | 2019 | EAST Genesis | Coal Trailer | 1E1F9U286KR064717 |
| T268 | 2019 | EAST Genesis | Coal Trailer | 1E1F9U288KR064718 |
| T269 | 2019 | EAST Genesis | Coal Trailer | 1E1F9U28XKR064719 |
| T270 | 2019 | EAST Genesis | Coal Trailer | 1E1F9U286KR064720 |
| T271 | 2019 | EAST Genesis | Coal Trailer | 1E1F9U288KR064721 |

| T272 | 2019 | EAST Genesis | Coal Trailer | 1E1F9U28XKR064722 |
|------|------|--------------|--------------|-------------------|
| T273 | 2019 | EAST Genesis | Coal Trailer | 1E1F9U281KR064723 |
| T274 | 2019 | EAST Genesis | Coal Trailer | 1E1F9U285KR062859 |
| T275 | 2019 | EAST Genesis | Coal Trailer | 1E1F9U287KR062863 |
| T276 | 2019 | EAST Genesis | Coal Trailer | 1E1F9U28XKR065045 |
| T277 | 2019 | EAST Genesis | Coal Trailer | 1E1F9U281KR065046 |
| T278 | 2019 | EAST Genesis | Coal Trailer | 1E1F9U283KR065047 |
| T279 | 2019 | EAST Genesis | Coal Trailer | 1E1F9U284KR065042 |
| T280 | 2012 | EAST Genesis | Coal Trailer | 1E1F9U282CRE46313 |
| T281 | 2019 | EAST Genesis | Coal Trailer | 1E1F9U288KR067232 |
| T282 | 2019 | EAST Genesis | Coal Trailer | 1E1F9U28XKR067233 |
| T283 | 2019 | EAST Genesis | Coal Trailer | 1E1F9U281KR067234 |
| T284 | 2019 | EAST Genesis | Coal Trailer | 1E1F9U283KR068319 |
| T285 | 2019 | EAST Genesis | Coal Trailer | 1E1F9U28XKR068320 |
| T286 | 2019 | EAST Genesis | Coal Trailer | 1E1F9U281KR068321 |
| T287 | 2019 | EAST Genesis | Coal Trailer | 1E1F9U283KR068322 |
| T288 | 2019 | EAST Genesis | Coal Trailer | 1E1F9U285KR068323 |
| T289 | 2019 | EAST Genesis | Coal Trailer | 1E1F9U287KR068324 |
| T290 | 2019 | EAST Genesis | Coal Trailer | 1E1F9U289KR068325 |
| T291 | 2020 | EAST Genesis | Coal Trailer | 1E1F9U289LR068584 |
| T292 | 2020 | EAST Genesis | Coal Trailer | 1E1F9U280LR068585 |
| T293 | 2020 | EAST Genesis | Coal Trailer | 1E1F9U282LR068586 |
| T294 | 2020 | EAST Genesis | Coal Trailer | 1E1F9U284LR068587 |
| T295 | 2020 | EAST Genesis | Coal Trailer | 1E1F9U286LR068588 |
| T296 | 2020 | EAST Genesis | Coal Trailer | 1E1F9U288LR068589 |
| T297 | 2020 | EAST Genesis | Coal Trailer | 1E1F9U284LR068590 |
| T298 | 2020 | EAST Genesis | Coal Trailer | 1E1F9U286LR068591 |
| T299 | 2020 | EAST Genesis | Coal Trailer | 1E1F9U288LR068592 |
| T300 | 2020 | EAST Genesis | Coal Trailer | 1E1F9U28XLR068593 |
| T301 | 2020 | EAST Genesis | Coal Trailer | 1E1F9U281LR068594 |
| T302 | 2020 | EAST Genesis | Coal Trailer | 1E1F9U283LR068595 |
| T343 | 2002 | EAST Genesis | Coal Trailer | 1E1F9U2802RG31245 |
| T346 | 2002 | EAST Genesis | Coal Trailer | 1E1F9U2802RG31362 |
| T348 | 2002 | EAST Genesis | Coal Trailer | 1E1F9U2842RG31364 |
| T355 | 2002 | EAST Genesis | Coal Trailer | 1E1F9U2882RH31371 |
| T381 | 2004 | EAST Genesis | Coal Trailer | 1E1F9U2844RM34159 |
| T383 | 2004 | EAST Genesis | Coal Trailer | 1E1F9U2834RA34161 |
| T393 | 2005 | EAST Genesis | Coal Trailer | 1E1F9U2815RH34917 |
| T129 | 2006 | TRANSCRAFT | Flatbed | 1TTF4820561078808 |
| T130 | 2004 | TRANSCRAFT | Flatbed | 1TTF8202422011431 |
| T375 | 2012 | UTILITY | Flatbed | 1UFS2481DA561244 |

| | | | | |
|---|---|---|---|---|
| T376 | 1999 | TALBERT | Lowboy | 40FWK6341X1018076 |
| T377 | 2016 | LANDOLL | Flatbed | 1LH440WH7G1A23221 |
| ███ | ███ | ████████ | ███ | ███████████ |
| ███ | ███ | ████████ | ███ | ███████████ |
| T380 | 2013 | UTILITY | Flatbed | 1UYFS2533DA603402 |
| T382 | 2005 | UTILITY | Flatbed | 1UYFS24825A686612 |
| ███ | ███ | ████████ | ███ | ███████████ |
| T400 | 1999 | Heil | Pneumatic Tanker | 5HTSN4126X7T06831 |
| T401 | 2003 | Heil | Pneumatic Tanker | 5HTSN422637T09530 |
| T402 | 2009 | Heil | Pneumatic Tanker | 5HTSN422095T37523 |
| T403 | 2000 | HEIL | Pneumatic Tanker | 5HTSP4222Y9W84840 |
| T404 | 1999 | HEIL | Pneumatic Tanker | 5HTSP4224X9W84837 |
| T405 | 2018 | MAC | Pneumatic Tanker | 5MATA4423HA038012 |
| T406 | 2018 | MAC | Pneumatic Tanker | 5MATA442IHA038011 |
| T407 | 2018 | MAC | Pneumatic Tanker | 5MATA4428JA038013 |
| T408 | 2018 | MAC | Pneumatic Tanker | 5MATA4426JA042898 |
| T409 | 1999 | J&L | Pneumatic Tanker | 5JLSP4228X5W05401 |
| T410 | 2018 | MAC | Pneumatic Tanker | 5MATA4422JA043594 |
| T411 | 2019 | MAC | Pneumatic Tanker | 5MATA4420KA0497 |
| T412 | 2013 | MAC | Pneumatic Tanker | 5MATA4429DA024397 |
| T413 | 2016 | MAC | Pneumatic Tanker | 5MATA422XGA033066 |
| T414 | 1999 | HEIL | Pneumatic Tanker | 5HTSN4124X7U06975 |
| T415 | 1999 | HEIL | Pneumatic Tanker | 5HTSN4128X7U06977 |
| T416 | 1999 | HEIL | Pneumatic Tanker | 5HTSN4128X7U06980 |
| T417 | 1999 | HEIL | Pneumatic Tanker | 5HTSN41297X7U07510 |
| T418 | 1999 | HEIL | Pneumatic Tanker | 5HTSN4129X7U07507 |
| T419 | 1999 | HEIL | Pneumatic | 5HTSN4125X7U07505 |

| | | | Tanker | |
|---|---|---|---|---|
| T420 | 2000 | HEIL | Pneumatic Tanker | 5HTSN4220Y7U07105 |
| T421 | 1999 | HEIL | Pneumatic Tanker | 5HTSN4120X7U07511 |
| T422 | 1999 | HEIL | Pneumatic Tanker | 5HTSN412XXTU06981 |
| T423 | 1999 | HEIL | Pneumatic Tanker | 5HTSN4123X7U07504 |
| T424 | 2022 | MAC | Pneumatic Tanker | 5MATA4428NX062296 |
| T19 | 2014 | LIBERTY | Trailer | 5M4LC2024FF016950 |
| T18 | 2013 | GATOR | Trailer | 4Z1UA1216DS003647 |
| T21 | 2021 | PRO-TAINER | Trailer | 1P9BH1025MA277032 |
| T22 | 2022 | CORNPRO | Trailer | 4MJUB212XNE079709 |

including all accessories and  attachments thereto

### Elmer Buchta Trucking, LLC
### Buchta Leasing, Inc
### Monthly Inventory Totals

**Monthly Inventory:**     **September-23**

| Location | Dept Code | Parts | DEF | Oil | Total | Tires | Grand Total | Tire Allocations | Double Check | Fuel Inventory |
|---|---|---|---|---|---|---|---|---|---|---|
| Otwell | 1 or 5 | $138,692.64 | $1,065.15 | $11,821.47 | $151,579.26 | $14,549.25 | $166,128.51 | | $166,128.51 | |
| Lease | 2 | | | | | | | | | |
| Linton | 9 | $37,465.85 | $1,894.77 | $6,937.10 | $46,297.72 | $16,352.05 | $62,649.77 | | $62,649.77 | |
| Lamar | 10 | $23,323.26 | $1,287.02 | $4,810.31 | $29,420.59 | $10,317.07 | $39,737.66 | | $39,737.66 | N |
| | | | | | | | | | | S |
| Cannelburg | 11 | $31,954.05 | $1,840.73 | $11,634.65 | $45,429.43 | $8,567.48 | $53,996.91 | | $53,996.91 | |
| Petersburg | 12 | $54,447.77 | $3,916.85 | $8,530.06 | $66,894.68 | $16,499.25 | $83,393.93 | | $83,393.93 | |
| Chandler | 14 | $51,255.43 | $1,842.95 | $11,564.07 | $64,662.45 | $19,322.25 | $83,984.70 | | $83,984.70 | |
| Belmont | 16 | | $498.15 | $755.04 | $1,253.19 | | $1,253.19 | | $1,253.19 | |
| Princeton | 18 | | | | $0.00 | | $0.00 | | $0.00 | |
| TOTAL: | | $337,139.00 | $12,345.62 | $56,052.70 | $405,537.32 | $85,607.35 | $491,144.67 | $0.00 | $491,144.67 | 0.00 Gallons |

### Buchta Leasing, Inc
### A/R Aging Summary
#### As of June 30, 2023

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| **Aces Disposal - Equipment Lease** | 22,271.93 | | | | | 22,271.93 |
| **Aces Disposal - Shared Services** | 12,161.84 | | | | | 12,161.84 |
| **Advanced Disposal      (A/R)** | | | | | 1,653.86 | 1,653.86 |
| **Audubon Metals** | | | | | 1,753.13 | 1,753.13 |
| **Bad Luck Trucking LLC** | | | | | 1,000.00 | 1,000.00 |
| **Bob's Auto Service** | 14.85 | | | | | 14.85 |
| **Caleb Duncan Disposal** | | | | | 0.00 | 0.00 |
| **Elmer Buchta Trk, LLC** | 720,185.19 | | | | | 720,185.19 |
| **Fowler, Bill  3907** | | | | | 171.84 | 171.84 |
| **Hoffman Farms** | | | | | 1,879.12 | 1,879.12 |
| **I P & L** | 4,000.00 | | | | | 4,000.00 |
| **Jeff Shoulders** | | | | | 180.00 | 180.00 |
| **Jeff Waninger Trucking** | | | | | 277.44 | 277.44 |
| **Jones and Sons** | | | 323.00 | | | 323.00 |
| **McKibben Trucking** | | | | | 114.19 | 114.19 |
| **RDM Logistics** | | | | | 230.07 | 230.07 |
| **Skimmerhorn, John** | | | | | 125.00 | 125.00 |
| **Spectrum Logistics Inc** | 7,012.42 | | | | | 7,012.42 |
| **Stewart, Jake** | | | | | 961.00 | 961.00 |
| **Vectren** | | | | | 170.53 | 170.53 |
| **WBF, LLC** | | | | | 0.00 | 0.00 |
| **Zeb Metals, LLC** | | | | | 4,800.00 | 4,800.00 |
| **TOTAL** | $ 765,646.23 | $    0.00 | $  323.00 | $    0.00 | $  13,316.18 | $ 779,285.41 |

**Fill in this information to identify the case:**

Debtor name __**Buchta Leasing, LLC**__

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF INDIANA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A — Amount of claim (Do not deduct the value of collateral.) | Column B — Value of collateral that supports this claim |
|---|---|---|

**2.1 KTB Equity, Inc.**
Creditor's Name

**420 SE Riverside Dr.**
**Evansville, IN 47713**
Creditor's mailing address

Creditor's email address, if known

Describe debtor's property that is subject to a lien: **SEE ATTACHED UCC**

Describe the lien

Is the creditor an insider or related party? ☑ No ☐ Yes

Is anyone else liable on this claim? ☐ No ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Amount of claim: **Unknown**    Value of collateral: **$22,000,000.00**

**Date debt was incurred** 2022
**Last 4 digits of account number** 1217

Do multiple creditors have an interest in the same property? ☑ No ☐ Yes.

As of the petition filing date, the claim is: Check all that apply ☐ Contingent ☑ Unliquidated ☑ Disputed

**2.2 Peapack Capital**
Creditor's Name

**278 Green Village Rd.**
**Green Village, NJ 07935**
Creditor's mailing address

Describe debtor's property that is subject to a lien: **All equipment**

Amount of claim: **$24,028,158.88**    Value of collateral: **$22,000,000.00**

Describe the lien

Is the creditor an insider or related party? ☑ No ☐ Yes

Is anyone else liable on this claim? ☐ No ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred** 2022
**Last 4 digits of account number** 1217

Do multiple creditors have an interest in the same property? As of the petition filing date, the claim is: Check all that apply

Debtor    **Buchta Leasing, LLC**
_____    Case number (*if known*) _____
Name

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $24,028,158.88 |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

**Fill in this information to identify the case:**

Debtor name   **Buchta Leasing, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF INDIANA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

**Alexander Keene**
**106 NE 10th St.**
**Washington, IN 47501**

Total claim **$1,349.25**   Priority amount **$0.00**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**2.2**   Priority creditor's name and mailing address

**Amanda Stevens**
**622 North 5th Street**
**Petersburg, IN 47567**

Total claim **$1,331.82**   Priority amount **$0.00**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Buchta Leasing, LLC**

Case number (if known) _____

Name

| | | | |
|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address<br>**Austin Gregory**<br>**10227 E North St**<br>**Oakland City, IN 47660** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,664.25**   $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only - Will Be Paid, for the Pay Period**<br>**Prior to Filing, According to the Wage Motion** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.4 | Priority creditor's name and mailing address<br>**Blake Fleming**<br>**2861 N 175 E**<br>**Patoka, IN 47666** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**   $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only - Will Be Paid, for the Pay Period**<br>**Prior to Filing, According to the Wage Motion** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.5 | Priority creditor's name and mailing address<br>**Bret Schmidt**<br>**6866 Twin Bridges Rd.**<br>**Tennyson, IN 47637** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,587.60**   $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only - Will Be Paid, for the Pay Period**<br>**Prior to Filing, According to the Wage Motion** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.6 | Priority creditor's name and mailing address<br>**Brett Friedman**<br>**873 North County Road 950 East**<br>**Otwell, IN 47564** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,037.60**   $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only - Will Be Paid, for the Pay Period**<br>**Prior to Filing, According to the Wage Motion** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor   **Buchta Leasing, LLC**
_____          Case number (if known) _____
Name

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,126.84 | $0.00 |
|---|---|---|---|---|

**Casey Bump**
**1961 N CR 775 West**
**Petersburg, IN 47567**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,334.40 | $0.00 |
|---|---|---|---|---|

**Christopher Wade**
**703 E Cedar St.**
**Petersburg, IN 47567**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $847.44 | $0.00 |
|---|---|---|---|---|

**Colton DeJarnett**
**2815 E Harlan Dr.**
**Terre Haute, IN 47802**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,700.39 | $0.00 |
|---|---|---|---|---|

**Dalton Howard**
**2261 S St Rd 257**
**Velpen, IN 47590**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **Buchta Leasing, LLC**        Case number *(if known)* _____

Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,288.82 | $0.00 |
|---|---|---|---|---|

**2.11** Priority creditor's name and mailing address
**Darryl Childress**
**2085 E County Road 1250 N**
**Chrisney, IN 47611**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,288.82    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.12** Priority creditor's name and mailing address
**David Lewis**
**4609 Iron Cir.**
**Owensboro, KY 42303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$909.80    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.13** Priority creditor's name and mailing address
**Indiana Department of Revenue**
**402 West Washington Street, 5th Floor**
**Indianapolis, IN 46204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred
**2020-present**

Basis for the claim:
**Withholding and other taxes**

Last 4 digits of account number **1217**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.14** Priority creditor's name and mailing address
**Internal Revenue Service**
**575 N. Pennsylvania Street**
**Stop SB380**
**Indianapolis, IN 46204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred
**2020-present**

Basis for the claim:
**Withholding and other taxes**

Last 4 digits of account number **1217**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Debtor  **Buchta Leasing, LLC**
_____  Case number (_if known_) _____
Name

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,605.77** | **$0.00** |
|---|---|---|---|---|

**Johnny Long**
**293 N. State Road 61**
**Winslow, IN 47598**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,125.25** | **$0.00** |
|---|---|---|---|---|

**Jon Bohnenkemper**
**9754 E Co Rd 200N**
**Otwell, IN 47564**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,613.08** | **$0.00** |
|---|---|---|---|---|

**Matt Quick**
**4533 Skeleton Rd.**
**Tennyson, IN 47637**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,236.11** | **$0.00** |
|---|---|---|---|---|

**Mickey Wester**
**1018 N Vine St.**
**Boonville, IN 47601**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Buchta Leasing, LLC**
_____
Name

Case number (*if known*) _____

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $632.28 | $0.00 |
|------|--------|--------|--------|--------|

**Noah Gielser**
**504 N. CR 725 E**
**Winslow, IN 47598**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,391.13 | $0.00 |
|------|--------|--------|--------|--------|

**Paul Stone**
**1409 Vincennes Ave.**
**Washington, IN 47501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,111.85 | $0.00 |
|------|--------|--------|--------|--------|

**Ryan Duncan**
**5200 Road**
**Tennyson, IN 47637**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,062.64 | $0.00 |
|------|--------|--------|--------|--------|

**Ryan Wolf**
**644 S. County Rd. 700 E**
**Winslow, IN 47598**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Buchta Leasing, LLC**                                    Case number *(if known)* _____
_____
Name

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $550.42 | $0.00 |
|------|---|---|---|---|

**Shawna Belcher**
**9199 E Co Rd 200 N**
**Otwell, IN 47564**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,287.77 | $0.00 |
|------|---|---|---|---|

**Tracy Hancock**
**739 G St. NE**
**Linton, IN 47441**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,075.32 |
|------|---|---|---|

**Airgas Mid America, Inc.**
**251 E Ohio Street**
**Suite 1100**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __Trade debt__

Last 4 digits of account number __1217__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|---|---|---|

**American Express**
**PO Box 96001**
**Los Angeles, CA 90096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __Trade debt__

Last 4 digits of account number __1006__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.79 |
|------|---|---|---|

**Apex Trailer Service**
**2807 Sable Mill Rd.**
**Jeffersonville, IN 47130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __Trade debt__

Last 4 digits of account number __1217__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Buchta Leasing, LLC**

Name

Case number *(if known)* _____

---

| 3.4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,251.14** |
| **Auto Wheel and Rim Service Co. Inc.** | ☐ Contingent | |
| **1208 E Morgan Ave.** | ☐ Unliquidated | |
| **Evansville, IN 47711** | ☐ Disputed | |
| Date(s) debt was incurred  **2023** | **Basis for the claim:  Trade debt** | |
| Last 4 digits of account number  **1217** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,895.00** |
| **Axle Surgeons Inc.** | ☐ Contingent | |
| **730 Warwick Ave.** | ☐ Unliquidated | |
| **Fort Wayne, IN 46825** | ☐ Disputed | |
| Date(s) debt was incurred  **2023** | **Basis for the claim:  Trade debt** | |
| Last 4 digits of account number  **1217** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$399.80** |
| **Black Equipment Co. Inc.** | ☐ Contingent | |
| **1187 Burch Dr.** | ☐ Unliquidated | |
| **Evansville, IN 47725** | ☐ Disputed | |
| Date(s) debt was incurred  **2023** | **Basis for the claim:  Trade debt** | |
| Last 4 digits of account number  **1217** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41.40** |
| **Bob's Auto Service Inc.** | ☐ Contingent | |
| **5060 W. Flint Ave.** | ☐ Unliquidated | |
| **Jasper, IN 47546** | ☐ Disputed | |
| Date(s) debt was incurred  **2023** | **Basis for the claim:  Trade debt** | |
| Last 4 digits of account number  **1217** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,200.00** |
| **Brumleve Industries, Inc.** | ☐ Contingent | |
| **1317 W Main St.** | ☐ Unliquidated | |
| **Teutopolis, IL 62467** | ☐ Disputed | |
| Date(s) debt was incurred  **2023** | **Basis for the claim:  Trade debt** | |
| Last 4 digits of account number  **1217** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,600.00** |
| **Champ Converters Inc.** | ☐ Contingent | |
| **501 Main Street** | ☐ Unliquidated | |
| **Suite 305** | ☐ Disputed | |
| **Evansville, IN 47708** | | |
| Date(s) debt was incurred  **2023** | **Basis for the claim:  Trade debt** | |
| Last 4 digits of account number  **1217** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.10 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35.63** |
| **Cindon, Inc.** | ☐ Contingent | |
| **8400 Golden Dr.** | ☐ Unliquidated | |
| **Newburgh, IN 47630** | ☐ Disputed | |
| Date(s) debt was incurred  **2023** | **Basis for the claim:  Trade debt** | |
| Last 4 digits of account number  **1217** | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **Buchta Leasing, LLC**                                      Case number *(if known)* _____
_____
Name

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $76.84 |
|---|---|---|---|

**Dale Auto Parts, Inc.**
**22 S. Washington St.**
**Dale, IN 47523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Trade debt**

Last 4 digits of account number **1217**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,719,133.00 |
|---|---|---|---|

**Elmer Buchta Trucking, LLC**
**420 S.E. Riverside**
**Evansville, IN 47713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Trade debt**

Last 4 digits of account number **1217**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,104.50 |
|---|---|---|---|

**Grade A Funding Inc.**
**1111 North Main St.**
**Huntingburg, IN 47542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Trade debt**

Last 4 digits of account number **1217**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,509.49 |
|---|---|---|---|

**Imperial Suppliers LLC**
**300 North Madison St.**
**PO Box 11008**
**Green Bay, WI 54307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Trade debt**

Last 4 digits of account number **1217**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.74 |
|---|---|---|---|

**Jeff Waninger Trucking**
**15144 N. St. Rd. 545**
**Fulda, IN 47536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Trade debt**

Last 4 digits of account number **1217**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $223.00 |
|---|---|---|---|

**Jefferson Township Regional Sewer**
**6455 Taylor Rd.**
**Blacklick, OH 43004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Trade debt**

Last 4 digits of account number **1217**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $243.84 |
|---|---|---|---|

**KG Supply Inc.**
**3510 Dogwood Dr.**
**Jasper, IN 47546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Trade debt**

Last 4 digits of account number **1217**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Buchta Leasing, LLC**                                    Case number *(if known)* _____
_____
Name

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28,303.40** |
|---|---|---|---|
| | **Midwest Canvas Corp.** | ☐ Contingent | |
| | **712 S. Norman Ave.** | ☐ Unliquidated | |
| | **Evansville, IN 47714** | ☐ Disputed | |
| | Date(s) debt was incurred **2023** | **Basis for the claim:  Trade debt** | |
| | Last 4 digits of account number **1217** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,381.03** |
|---|---|---|---|
| | **Modern Supply Company Inc.** | ☐ Contingent | |
| | **818 Division St.** | ☐ Unliquidated | |
| | **Evansville, IN 47711** | ☐ Disputed | |
| | Date(s) debt was incurred **2023** | **Basis for the claim:  Trade debt** | |
| | Last 4 digits of account number **1217** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,622.86** |
|---|---|---|---|
| | **O'Reilly Auto Parts** | ☐ Contingent | |
| | **150 West Market St.** | ☐ Unliquidated | |
| | **Suite 800** | ☐ Disputed | |
| | **Indianapolis, IN 46204** | | |
| | Date(s) debt was incurred **2023** | **Basis for the claim:  Trade debt** | |
| | Last 4 digits of account number **1217** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$270.63** |
|---|---|---|---|
| | **Otwell Mercantile LLC** | ☐ Contingent | |
| | **3420 Newton St.** | ☐ Unliquidated | |
| | **Jasper, IN 47546** | ☐ Disputed | |
| | Date(s) debt was incurred **2023** | **Basis for the claim:  Trade debt** | |
| | Last 4 digits of account number **1217** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$189.89** |
|---|---|---|---|
| | **Petersburg Hardware** | ☐ Contingent | |
| | **4502 N State Rd 61** | ☐ Unliquidated | |
| | **Petersburg, IN 47567** | ☐ Disputed | |
| | Date(s) debt was incurred **2023** | **Basis for the claim:  Trade debt** | |
| | Last 4 digits of account number **1217** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$124.50** |
|---|---|---|---|
| | **Priority One Fire and Security LLC** | ☐ Contingent | |
| | **2226 Glenview Dr.** | ☐ Unliquidated | |
| | **Evansville, IN 47720** | ☐ Disputed | |
| | Date(s) debt was incurred **2023** | **Basis for the claim:  Trade debt** | |
| | Last 4 digits of account number **1217** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$272.72** |
|---|---|---|---|
| | **Rudd Equipment Company Inc.** | ☐ Contingent | |
| | **334 North Senate Ave.** | ☐ Unliquidated | |
| | **Indianapolis, IN 46204** | ☐ Disputed | |
| | Date(s) debt was incurred **2023** | **Basis for the claim:  Trade debt** | |
| | Last 4 digits of account number **1217** | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **Buchta Leasing, LLC**                                    Case number *(if known)* _____
_____
Name

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$576.28** |
|---|---|---|---|

**Ruxer Ford Lincoln Inc.**
**334 North Senate Ave.**
**The Emelie Building**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number  **1217**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$80.53** |
|---|---|---|---|

**Ruxer Truck Center**
**334 North Senate Ave.**
**The Emelie Building**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number  **1217**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$106.48** |
|---|---|---|---|

**Santa Claus Hardware, Inc.**
**303 E Robert E Lee Day**
**Santa Claus, IN 47579**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number  **1217**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$657.59** |
|---|---|---|---|

**Sternberg Chrysler International**
**1781 Hwy. 231 S**
**Jasper, IN 47546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number  **1217**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$750.00** |
|---|---|---|---|

**Terminal Properties LLC**
**420 S. Riverside**
**Evansville, IN 47713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number  **1217**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$493.94** |
|---|---|---|---|

**The Larson Group**
**900 E Mt Pleasant Rd**
**Evansville, IN 47725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number  **1217**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.99** |
|---|---|---|---|

**Toy's Auto Parts**
**13697 US Hwy 231**
**Loogootee, IN 47553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number  **1217**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **Buchta Leasing, LLC**
_____   Case number (if known) _____
Name

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,196.82 |

**Unifirst Corporation**
**135 North Pennsylvania St.**
**Suite 1610**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:** **Trade debt**

Last 4 digits of account number **1217**

Is the claim subject to offset? ■ No ☐ Yes

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $306,977.39 |

**VoMack Truck Sales**
**1255 S Commerce Dr.**
**Seymour, IN 47274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:** **Trade debt**

Last 4 digits of account number **1217**

Is the claim subject to offset? ■ No ☐ Yes

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $440.22 |

**W. Lantz Construction LLC**
**6798 Jacksonburg Rd.**
**Hagerstown, IN 47346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:** **Trade debt**

Last 4 digits of account number **1217**

Is the claim subject to offset? ■ No ☐ Yes

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,089.45 |

**Wastebuilt**
**550 Congressional Blvd.**
**Suite 115**
**Carmel, IN 46032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:** **Trade debt**

Last 4 digits of account number **1217**

Is the claim subject to offset? ■ No ☐ Yes

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,287.44 |

**Wehr's Welding Service, Inc.**
**398 S 900 W**
**Velpen, IN 47590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:** **Trade debt**

Last 4 digits of account number **1217**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 26,794.51 |
| 5b. Total claims from Part 2 | 5b. + $ | 3,106,942.65 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 3,133,737.16 |

**Fill in this information to identify the case:**

Debtor name     **Buchta Leasing, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest — **Multiple Truck Lease Agreements** | |
| State the term remaining | |
| List the contract number of any government contract | **VFS Leasing Co.**<br>**8003 Piedmont Triad Pkwy**<br>**Greensboro, NC 27409** |

**Fill in this information to identify the case:**

Debtor name      **Buchta Leasing, LLC**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF INDIANA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **ElenaRose Capital LLC** | **8 The Green STE A Dover, DE 19901** | **KTB Equity, Inc.** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 **Elmer Bucht Trucking LLC** | **2174 N. State Rd. 257 South Otwell, IN 47564** | **Peapack Capital** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 **Elmer Bucht Trucking LLC** | **2174 N. State Rd. 257 South Otwell, IN 47564** | **KTB Equity, Inc.** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 **Louis Capolino** | **345 Bluewater Falls Court Apollo Beach, FL 33572** | **KTB Equity, Inc.** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 **WBF, LLC** | **420 SE Riverside Dr. Evansville, IN 47713** | **Peapack Capital** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor    **Buchta Leasing, LLC**

Case number *(if known)*

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

2.6    **WBF, LLC**         **420 SE Riverside Dr.**          **KTB Equity, Inc.**          ■ D ___2.1___
                            **Evansville, IN 47713**                                      ☐ E/F _____
                                                                                          ☐ G _____

---

**Fill in this information to identify the case:**

Debtor name     **Buchta Leasing, LLC**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF INDIANA

Case number (if known)     _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy               04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).**

**Part 1:      Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$14,871,858.00** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other  **Current owners purchased entity December 1, 2022** | **Unknown** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor    **Buchta Leasing, LLC**                                  Case number *(if known)*

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Brittany Erickson v. Elmer Buchta Trucking, LLC et al. 29D03-2206-CT-004479** | **Civil Tort** | **Hamilton Superior Court 3 1 N 8th St. Noblesville, IN 46060** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

| Debtor | Buchta Leasing, LLC | Case number *(if known)* |
|---|---|---|

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Image Trucking | Truck - 55 | | $79,500.00 |
| | Relationship to debtor<br>Unrelated third party | | | |
| 13.2. | Image Trucking | Truck - 57 | | $79,500.00 |
| | Relationship to debtor<br>Unrelated third party | | | |
| 13.3 | Image Trucking | Truck - 58 | | $79,500.00 |
| | Relationship to debtor<br>Unrelated third party | | | |

Debtor __Buchta Leasing, LLC_____    Case number *(if known)* _____

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.4. | **Image Trucking** | **Truck - 59** | | **$79,500.00** |
| | **Relationship to debtor** **Unrelated third party** | | | |
| 13.5. | **Image Trucking** | **Truck - 60** | | **$79,500.00** |
| | **Relationship to debtor** **Unrelated third party** | | | |
| 13.6. | **Image Trucking** | **Truck - T384** | | **$13,000.00** |
| | **Relationship to debtor** **Unrelated third party** | | | |
| 13.7. | **Image Trucking** | **Truck - T378** | | **$15,500.00** |
| | **Relationship to debtor** **Unrelated third party** | | | |
| 13.8. | **Image Trucking** | **Truck - T379** | | **$8,000.00** |
| | **Relationship to debtor** **Unrelated third party** | | | |

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Debtor    **Buchta Leasing, LLC**                                        Case number *(if known)*

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

| **Part 11:** | Property the Debtor Holds or Controls That the Debtor Does Not Own |

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| **Part 12:** | Details About Environment Information |

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor    **Buchta Leasing, LLC**                                    Case number *(if known)*

Report all notices, releases, and proceedings known, regardless of when they occurred.

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Douglas Prohaski**<br>**330 Cross Point Blvd.**<br>**Evansville, IN 47715** | **2023** |
| 26a.2. | **Shannon Brewer**<br>**Harding Shymanski**<br>**21 SE Third Street, Suite 500**<br>**Evansville, IN 47708** | **December 1,**<br>**2022-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

Debtor    **Buchta Leasing, LLC**                                    Case number *(if known)*

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | | Monthly | $491,144.67 |

| Name and address of the person who has possession of inventory records |
|---|
| Debtor |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Louis Capolino | 345 Bluewater Falls Court Apollo Beach, FL 33572 | President/Manager | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| J. Kirk Wright | c/o Jackson Kelly PLLC 221 NW 5th St. PO Box 1507 Evansville, IN 47706 | | |
| Wright Family Investment Group Inc. | c/o Jackson Kelly PLLC 221 NW 5th St. PO Box 1507 Evansville, IN 47706 | | |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

Debtor    **Buchta Leasing, LLC**                                              Case number *(if known)*

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September  8, 2023**

**/s/ Louis Capolino**                                         **Louis Capolino**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **President/Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Indiana

In re    **Buchta Leasing, LLC**        Case No. _____

                               Debtor(s)        Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .............................   $ _____ **0.00**

   Prior to the filing of this statement I have received .................   $ _____ **0.00**

   Balance Due ................................................................   $ _____ **0.00**

2. $ **0.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☑ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☑ Debtor      ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Filing of lien avoidance and redemption motions; communications with clients, trustee and creditors; review and advise as to reaffirmation agreements.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Discharge litigations; 707 and 523 actions; exception issues including, but not limited to, contested motions for the turnover by the trustee; contested lien avoidence motions; contested adversary proceedings for the purpose of stripping liens; contested motions to redeem; attendance at any reaffirmation hearings, if neccessary; and representation in any foreclosure action, collection suit, or non-bankruptcy matter.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September  8, 2023**                 **/s/ Weston E. Overturf**
_Date_                                  **Weston E. Overturf**
                                         _Signature of Attorney_
                                         **Kroger, Gardis & Regas, LLP**
                                         **111 Monument Circle**
                                         **Suite 900**
                                         **Indianapolis, IN 46204**
                                         **317-777-7443**
                                         _Name of law firm_

# United States Bankruptcy Court
## Southern District of Indiana

In re  **Buchta Leasing, LLC**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Transport Acquisitions LLC<br>345 Bluewater Falls Cr.<br>Apollo Beach, FL 33572** | | | **Owner** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President/Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **September  8, 2023**

Signature  **/s/ Louis Capolino**

**Louis Capolino**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

Verification of Creditor List (rev 12/01/18)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

In re:                                          )        Case No. _____
**Buchta Leasing, LLC**                          )
                                                )        ☐ Check if this form is submitted with an amended creditor
                                                )        list.
_____        )
                                Debtor(s).  )

### VERIFICATION OF CREDITOR LIST

(I/We) declare under penalty of perjury that all entities included or to be included in Schedules D, E/F, G, and H are listed in the creditor list submitted with this verification. This includes all creditors, parties to leases and executory contracts, and codebtors.

(I/We) declare that the names and addresses of the listed entities are true and correct to the best of (my/our) knowledge.

(I/We) understand that (I/we) must file an amended creditor list and pay an amendment fee if there are entities listed on (my/our) schedules that are not included in the creditor list submitted with this verification.

Dated:  **September  8, 2023**_____        /s/ Louis Capolino_____
                                                **Louis Capolino**
                                                Signature of Debtor


                                                _____
                                                Signature of Joint Debtor


**(Note: Certificate of Service not required.)**

AIRGAS MID AMERICA, INC.
251 E OHIO STREET
SUITE 1100
INDIANAPOLIS, IN 46204


AMERICAN EXPRESS
PO BOX 96001
LOS ANGELES, CA 90096


APEX TRAILER SERVICE
2807 SABLE MILL RD.
JEFFERSONVILLE, IN 47130


AUTO WHEEL AND RIM SERVICE CO. INC.
1208 E MORGAN AVE.
EVANSVILLE, IN 47711


AXLE SURGEONS INC.
730 WARWICK AVE.
FORT WAYNE, IN 46825


BLACK EQUIPMENT CO. INC.
1187 BURCH DR.
EVANSVILLE, IN 47725


BOB'S AUTO SERVICE INC.
5060 W. FLINT AVE.
JASPER, IN 47546

BRUMLEVE INDUSTRIES, INC.
1317 W MAIN ST.
TEUTOPOLIS, IL 62467


CHAMP CONVERTERS INC.
501 MAIN STREET
SUITE 305
EVANSVILLE, IN 47708


CINDON, INC.
8400 GOLDEN DR.
NEWBURGH, IN 47630


DALE AUTO PARTS, INC.
22 S. WASHINGTON ST.
DALE, IN 47523


ELENAROSE CAPITAL LLC
8 THE GREEN STE A
DOVER, DE 19901


ELMER BUCHT TRUCKING LLC
2174 N. STATE RD. 257 SOUTH
OTWELL, IN 47564


ELMER BUCHT TRUCKING LLC
2174 N. STATE RD. 257 SOUTH
OTWELL, IN 47564

ELMER BUCHTA TRUCKING, LLC
420 S.E. RIVERSIDE
EVANSVILLE, IN 47713


GRADE A FUNDING INC.
1111 NORTH MAIN ST.
HUNTINGBURG, IN 47542


IMPERIAL SUPPLIERS LLC
300 NORTH MADISON ST.
PO BOX 11008
GREEN BAY, WI 54307


INDIANA DEPARTMENT OF REVENUE
402 WEST WASHINGTON STREET, 5TH FLOOR
INDIANAPOLIS, IN 46204


INTERNAL REVENUE SERVICE
575 N. PENNSYLVANIA STREET
STOP SB380
INDIANAPOLIS, IN 46204


JEFF WANINGER TRUCKING
15144 N. ST. RD. 545
FULDA, IN 47536


JEFFERSON TOWNSHIP REGIONAL SEWER
6455 TAYLOR RD.
BLACKLICK, OH 43004

KG SUPPLY INC.
3510 DOGWOOD DR.
JASPER, IN 47546


KTB EQUITY, INC.
420 SE RIVERSIDE DR.
EVANSVILLE, IN 47713


LOUIS CAPOLINO
345 BLUEWATER FALLS COURT
APOLLO BEACH, FL 33572


MIDWEST CANVAS CORP.
712 S. NORMAN AVE.
EVANSVILLE, IN 47714


MODERN SUPPLY COMPANY INC.
818 DIVISION ST.
EVANSVILLE, IN 47711


O'REILLY AUTO PARTS
150 WEST MARKET ST.
SUITE 800
INDIANAPOLIS, IN 46204


OTWELL MERCANTILE LLC
3420 NEWTON ST.
JASPER, IN 47546

PEAPACK CAPITAL
278 GREEN VILLAGE RD.
GREEN VILLAGE, NJ 07935


PETERSBURG HARDWARE
4502 N STATE RD 61
PETERSBURG, IN 47567


PRIORITY ONE FIRE AND SECURITY LLC
2226 GLENVIEW DR.
EVANSVILLE, IN 47720


RUDD EQUIPMENT COMPANY INC.
334 NORTH SENATE AVE.
INDIANAPOLIS, IN 46204


RUXER FORD LINCOLN INC.
334 NORTH SENATE AVE.
THE EMELIE BUILDING
INDIANAPOLIS, IN 46204


RUXER TRUCK CENTER
334 NORTH SENATE AVE.
THE EMELIE BUILDING
INDIANAPOLIS, IN 46204


SANTA CLAUS HARDWARE, INC.
303 E ROBERT E LEE DAY
SANTA CLAUS, IN 47579

STERNBERG CHRYSLER INTERNATIONAL
1781 HWY. 231 S
JASPER, IN 47546


TERMINAL PROPERTIES LLC
420 S. RIVERSIDE
EVANSVILLE, IN 47713


THE LARSON GROUP
900 E MT PLEASANT RD
EVANSVILLE, IN 47725


TOY'S AUTO PARTS
13697 US HWY 231
LOOGOOTEE, IN 47553


UNIFIRST CORPORATION
135 NORTH PENNSYLVANIA ST.
SUITE 1610
INDIANAPOLIS, IN 46204


VFS LEASING CO.
8003 PIEDMONT TRIAD PKWY
GREENSBORO, NC 27409


VOMACK TRUCK SALES
1255 S COMMERCE DR.
SEYMOUR, IN 47274

W. LANTZ CONSTRUCTION LLC
6798 JACKSONBURG RD.
HAGERSTOWN, IN 47346




WASTEBUILT
550 CONGRESSIONAL BLVD.
SUITE 115
CARMEL, IN 46032




WBF, LLC
420 SE RIVERSIDE DR.
EVANSVILLE, IN 47713




WBF, LLC
420 SE RIVERSIDE DR.
EVANSVILLE, IN 47713




WEHR'S WELDING SERVICE, INC.
398 S 900 W
VELPEN, IN 47590

# United States Bankruptcy Court
## Southern District of Indiana

In re   **Buchta Leasing, LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Buchta Leasing, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Transport Acquisitions LLC**
**345 Bluewater Falls Cr.**
**Apollo Beach, FL 33572**

☐ None [*Check if applicable*]

**September  8, 2023**

Date

**/s/ Weston E. Overturf**

**Weston E. Overturf**

Signature of Attorney or Litigant

Counsel for   **Buchta Leasing, LLC**

**Kroger, Gardis & Regas, LLP**
**111 Monument Circle**
**Suite 900**
**Indianapolis, IN 46204**
**317-777-7443**